# Exhibit A

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90203406**
**Filing Date: 09/23/2020**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [AMERICAN SECURITY](#) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | AMERICAN SECURITY |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | American Security Products Co. |
| *MAILING ADDRESS | 310 N. Westlake Blvd., Suite 120 |
| *CITY | Westlake Village |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 91362 |
| *DOMICILE | XXXX |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 006 |
| *IDENTIFICATION | Safes; Electronic safes; Gun safes; Metal safes |
| *FILING BASIS | SECTION 1(a) |

| | |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2000 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2000 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-9811913013-202009221 34608625964_._AMSEC_2000_Gun_Safe_Catalog.pdf |
| **CONVERTED PDF FILE(S)** (16 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0018.JPG |
| **ORIGINAL PDF FILE** | SPE0-9811913013-202009221 34608625964_._2020_AMSEC_GS_Catalog.pdf |
| **CONVERTED PDF FILE(S)** (20 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0019.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0021.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0022.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0024.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0025.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0026.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0027.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0028.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0029.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0030.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0031.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0032.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0033.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0034.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0035.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0036.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0037.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0038.JPG |
| **ORIGINAL PDF FILE** | SPE0-1-9811913013-2020092 2134608625964_._006-speci men.pdf |
| **CONVERTED PDF FILE(S)** (3 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0039.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0040.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\034\90203406\xml1\ FTK0041.JPG |
| **ORIGINAL PDF FILE** | SPE0-9811913013-202009221 34608625964_._006-specime n2.pdf |

| | |
|---|---|
| **CONVERTED PDF FILE(S)**<br>(2 pages) | \\TICRS\EXPORT18\IMAGEOUT<br>18\902\034\90203406\xml1\ FTK0042.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\902\034\90203406\xml1\ FTK0043.JPG |
| **SPECIMEN DESCRIPTION** | product catalogs and screenshots of websites showing the mark used in connection with the goods listed in the application |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 0958562 and 4936658. |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Guy L. Cumberbatch |
| ATTORNEY DOCKET NUMBER | A036.T20E20 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | SoCal IP Law Group LLP |
| STREET | 310 N. Westlake Blvd., Suite 120 |
| CITY | Westlake Village |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 91362 |
| PHONE | 805-230-1350 |
| FAX | 805-230-1355 |
| EMAIL ADDRESS | uspto@socalip.com |
| OTHER APPOINTED ATTORNEY | Steven C. Sereboff, Mark A. Goldstein, Michael D. Harris, Christine L. Kopitzke, Jonathan Pearce, Marina L. Lang, Nikki M. Dossman, Brian S. Tamsut |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Guy L. Cumberbatch |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | uspto@socalip.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | gcumberbatch@socalip.com; elisham@socalip.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |

| | |
|---|---|
| **APPLICATION FOR REGISTRATION PER CLASS** | 225 |
| *&ast;**TOTAL FEES DUE** | 225 |
| *&ast;**TOTAL FEES PAID** | 225 |
| **SIGNATURE INFORMATION** | |
| &ast; **SIGNATURE** | /Drew Meng/ |
| &ast; **SIGNATORY'S NAME** | Drew Meng |
| &ast; **SIGNATORY'S POSITION** | President/CEO |
| **SIGNATORY'S PHONE NUMBER** | 805-230-1350 |
| &ast; **DATE SIGNED** | 09/23/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90203406**
**Filing Date: 09/23/2020**

# To the Commissioner for Trademarks:

**MARK:** AMERICAN SECURITY (Standard Characters, see mark)
The literal element of the mark consists of AMERICAN SECURITY. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, American Security Products Co., a corporation of California, having an address of
   310 N. Westlake Blvd., Suite 120
   Westlake Village, California 91362
   United States
   XXXX
Domiciled at: XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 006: Safes; Electronic safes; Gun safes; Metal safes

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 006, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 00/00/2000, and first used in commerce at least as early as 00/00/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) product catalogs and screenshots of websites showing the mark used in connection with the goods listed in the application.

**Original PDF file:**
SPE0-9811913013-202009221 34608625964 _. AMSEC_2000_Gun_Safe_Catalog.pdf
**Converted PDF file(s)** (16 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11
Specimen File12
Specimen File13
Specimen File14
Specimen File15
Specimen File16

**Original PDF file:**
SPE0-9811913013-202009221 34608625964 _. 2020_AMSEC_GS_Catalog.pdf
**Converted PDF file(s) (20 pages)**
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11
Specimen File12
Specimen File13
Specimen File14
Specimen File15
Specimen File16
Specimen File17
Specimen File18
Specimen File19
Specimen File20
**Original PDF file:**
SPE0-1-9811913013-2020092 2134608625964 _. 006-speci men.pdf
**Converted PDF file(s) (3 pages)**
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPE0-9811913013-202009221 34608625964 _. 006-specime n2.pdf
**Converted PDF file(s) (2 pages)**
Specimen File1
Specimen File2


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 0958562 and 4936658.


The owner's/holder's proposed attorney information: Guy L. Cumberbatch. Other appointed attorneys are Steven C. Sereboff, Mark A. Goldstein, Michael D. Harris, Christine L. Kopitzke, Jonathan Pearce, Marina L. Lang, Nikki M. Dossman, Brian S. Tamsut. Guy L. Cumberbatch of SoCal IP Law Group LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    310 N. Westlake Blvd., Suite 120
    Westlake Village, California 91362
    United States
    805-230-1350(phone)
    805-230-1355(fax)
    uspto@socalip.com
The docket/reference number is A036.T20E20.
Guy L. Cumberbatch submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Guy L. Cumberbatch
    PRIMARY EMAIL FOR CORRESPONDENCE: uspto@socalip.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): gcumberbatch@socalip.com; elisham@socalip.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**

  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Drew Meng/   Date: 09/23/2020
Signatory's Name: Drew Meng
Signatory's Position: President/CEO
Signatory's Phone Number: 805-230-1350
Payment Sale Number: 90203406
Payment Accounting Date: 09/23/2020

Serial Number: 90203406
Internet Transmission Date: Wed Sep 23 12:38:57 ET 2020
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XX-2020092312385768
6375-90203406-7507b3d6aa7081c449cf4b1b6e
afb685ce08b0bfb10cbd89c97edc7dafcedbd-CC
-38565510-20200922134608625964

# AMERICAN SECURITY



2000 GUN SAFE CATALOG
WWW.AMSECUSA.COM





## THE LARGEST SAFE MANUFACTURER IN AMERICA

American Security Products (AMSEC) is the world's best-known provider of security safes and security solutions. Since 1948 we have protected the assets of our clients throughout the world by providing a broad array of safes, with the highest degree of quality, integrity and responsiveness.



### AMSEC AT A GLANCE...
- Customers have **trusted** AMSEC safes for generations. With **over 50 years of experience**, AMSEC safes can still be found in every kind of home and business – serving as silent sentinels of security.

- We produce **over 60,000 safes each year** using state-of-the-art metal working technology.

- We offer **over 400 standard models** — from gun safes to home and high security safes.

- In 1998, we expanded our factory to over 150,000 square feet. We welcome you to inspect our state-of-the-art manufacturing facility.



- AMSEC employs a force of over 400 to ensure **timely manufacturing and delivery** of quality safes.

### QUALITY...
- **Full time technical and customer service** departments to help 24 hours a day, 365 days a year by calling our toll free hotline: 800-421-6142.



- Before the AMSEC name is affixed to each safe, the safe must undergo a **rigid 28-point inspection.** We take protecting our customers' assets very seriously. That's how we became the largest safe company in the world. You have our name on it.

### WHY AN AMSEC SAFE?
- The design of each AMSEC safe draws on over 50 years of experience protecting the physical assets of our customers. There **aren't many criminals with over 50 years of experience,** so we think that gives us the advantage.



- Every 10 seconds a burglary occurs. **Burglary is a threat to everyone** and it happens without warning.



- Most **stolen items are never recovered**, and most insurance claims won't adequately cover your loss.

- For the price of one gun, you can **protect all your valuables** in an AMSEC Gun Safe.

# We stand behind our CRAFTSMANSHIP

American Security Products (AMSEC) is the premiere manufacturer of safes worldwide. We are confident that your new safe will exceed your performance expectations and stand the test of time. After all, you should be buying your safe to last your lifetime!





### Lifetime Warranty

If you are the original owner of an AMSEC safe that suffers damage due to theft or fire, provide us with a properly filed police report, within 30 days. We will replace or repair (our option) free of charge with a current production model of comparable value upon prepaid delivery to our factory. For additional assistance, please contact your local dealer. We will be standing by to receive the damaged safe, ready to take immediate action to get your valuables quickly secured back in a quality-built AMSEC safe.

**Break-in Warranty**
If your AMSEC safe is forcibly entered, we will replace or repair it, free of charge upon prepaid delivery to our factory.

**Attempted Break-in Warranty**
If your AMSEC safe has been subjected to a drill, punch or pry attack and has performed successfully by keeping the intruders out, it will be repaired or replaced free of charge upon prepaid delivery to our factory.

**Fire Warranty**
If your AMSEC safe has been subjected to a home fire, it will be repaired or replaced free of charge upon prepaid delivery to our factory.

## BURGLARY RATINGS

*(Underwriters Laboratories (UL) testing is performed on a non-profit, impartial basis for the purpose of consumer safety)*
All AMSEC gun safes proudly display the UL Residential Security Container (RSC) burglary classification. AMSEC gun safes demonstrated the ability to withstand rigorous prying, drilling, punching, hammering, chiseling, and tampering attacks performed by today's most experienced UL expert technicians.

## FIRE RATINGS

Each testing facility certifies that AMSEC safes successfully passed all the requirements for a fire endurance testing. Throughout the year, unannounced UL and Omega Point inspections are conducted at our facility to assure each safe continues to meet the original standards required for the listing. This is your assurance the contents of the safe are protected from intense fire.

## FIRE LISTINGS

*Underwriters Laboratories:* Our LX Sierra Series gun safes were awarded the first UL Gun Safe fire listing of 1550°F for 30 minutes (inside temperature did not exceed 350°F).
*OmegaPoint Laboratories:* Our LX Sierra Series gun safes were awarded the Omega Point fire listing of 1550°F for 30 minutes (inside temperature rise did not exceed 275°F).
*OmegaPoint Laboratories:* Our Cascade Series gun safes were awarded the Omega Point fire listing of 1200°F for 30 minutes (inside temperature rise did not exceed 275°F).
*Independent Laboratory:* Our Sierra Series TL-15 and TL-30 high security safes were tested in a gas furnace at temperatures up to 1850°F, for a period of 2 hours (interior temperature did not exceed 350°F).
*Independent Laboratory:* Our Teton Series fire-lined gun safes were tested in a gas furnace at temperatures up to 1275°F, for a period of 30 minutes (interior temperature did not exceed 350°F).

*the* S I E

The Pinnacle

## SIERRA SERIES/UL LISTED TOOL RESISTANT TL15 & TL30

- The **ultimate defense** against theft and fire.

- UL Listed burglary resistant TL-15 (RE6528) and TL-30 (RF6528). **Built to withstand severe attacks** from the most sophisticated equipment used by today's burglars.

- **Fire endurance:** tested at an independent facility in a gas furnace at temperatures up to 1850° F, for a period of 2 hours. Interior temperature did not exceed 350° F.

- Massive 3 ½" body and 5 ¼" door offers a **defense barrier** constructed of inner and outer steel plates filled with a high security composite material.

- Group IIM lock protected by a drill resistant hardplate. Spy proof key locking dial provided on LS & LG models. Front read key locking dials provided on LT model.

- Decorative Tri-spoke handle with LS & LG models. Large L handle with LT models.

- 10 1½" diameter chrome plated locking bolts.

- Auto-locking bolt detent system. Holds bolts in the open position and auto-locks bolts when shut.





*RE6528-LS-F-BY-A*



*All-in-one interior: 12-18-30 gun*



*All-shelf interior (optional)*

| EXTERIOR COLORS | | | INTERIOR FABRICS | | | AVAILABLE MODELS |
|---|---|---|---|---|---|---|
| HI GLOSS (LS/LG) | TEXTURED (LT) | | HI-GLOSS | TEXTURED (LT) | | LS - Hi-gloss chrome/brass hardware and trim |
| HUNTER GREEN | GRANITE | | | | | LG - Hi-gloss all brass hardware and trim |
| | NAVY | | Tan Velour | Charcoal Velour Granite Black | Tan Velour Sandstone Green | LT - Textured finish w/matching hardware and trim |
| ONYX | CHESTNUT | SANDSTONE | | | | |
| BURGUNDY | SANDSTONE | | | | | |
| IVORY | custom | BLACK | | | | |
| | | GREEN | | | | |

### SAFE SPECIFICATION CHART

| Model | Outside Dimensions | Thickness Door | Body | Wt | Int. Capacity | Bolts |
|---|---|---|---|---|---|---|
| RE6528 (TL15) | 72H x 35W x 29D | 5 ¼ | 3 ½ | 3,310 | 12-18-30 | 10 |
| RF6528 (TL30) | 72H x 35W x 29D | 5 ¼ | 3 ½ | 3,455 | 12-18-30 | 10 |

4

# RRA series

## f our offering...

### SIERRA LX SERIES

- Our **premier fire and burglary** rated gun safe.
- Where others have failed, AMSEC stands alone in obtaining dual fire listings including UL's first fire resistance classification for a gun safe.
- 1 1/4" four layer fire door.
- 1 1/4" triple firewall body with 1/4" steel wall.
- **Fire endurance: UL and Omega Point tested** in a gas furnace at temperatures up to 1550° F, for a period of 30 minutes. Interior temperature did not exceed 350° F (UL) and rise more than 275° F (Omega Point).
- Awarded the UL Residential Security Container (RSC) burglary classification.
- Group II lock protected by a drill resistant hard plate. Spy proof key locking dial provided on LS & LG models. Front read key locking dials provided on LT model.
- Decorative five spoke handle with LS & LG model. Large L handle with LT model. 14 active one-inch chrome plated locking bolts.
- Concealed hinges.
- 4-way boltwork.

*LX6030-LS-F-HG-A*

*Attractive Sierra Series epoxy fill dial insert standard.*

*Substantial 1 1/4" thick door offers superior fire and burglary protection.*

*All-in-one interior: 12-18-30 gun*      *All-shelf interior (optional)*

---

| EXTERIOR COLORS | | INTERIOR FABRICS | | | AVAILABLE MODELS |
|---|---|---|---|---|---|
| HI GLOSS (LS/LG) | TEXTURED (LT) | HI-GLOSS | TEXTURED (LT) | | LS - Hi-gloss chrome/brass hardware and trim |
| HUNTER GREEN | GRANITE | Tan Velour | Charcoal Velour Granite Black | Tan Velour Sandstone Green | LG - Hi-gloss all brass hardware and trim |
| NAVY | | | | | LT - Textured finish w/matching hardware and trim |
| ONYX | SANDSTONE | | | | |
| BURGUNDY | CHESTNUT | | | | |
| IVORY | SANDSTONE | BLACK | | | |
| | custom | GREEN | | | |

### SAFE SPECIFICATION CHART

| Model | Outside Dimensions | Thickness Door | Thickness Body | Wt | Int Capacity | Bolts |
|---|---|---|---|---|---|---|
| LX6030 | 60H x 30W x 26D | 1 3/4 | 1 3/4 | 880 | 12-18-30 | 14 |

5



the **C A S C**

*A lot of safe*

7240-LS-F-OX-A

6030-LS-F-HG-A

6040-LT-F-GR-A
(shown in "LT" series,
textured w/matching hardware)

6

# A D E series

## for the money...

- Massive 1" door offers a defense barrier constructed of ⅛" inner and outer steel plates filled with fire insulating material. Back panel of door is also lined with insulating material for dual fire protection.

- ⅛" steel body, with dual layer firewall interior.

- Fire endurance: Omega Point tested in a gas furnace at temperatures up to 1200°F, for a period of 30 minutes. Interior temperature did not rise more than 275° F.

- Awarded the UL Residential Security Container (RSC) burglary classification.

- Group II lock protected by a drill resistant hard plate. Spy proof key locking dial provided on LS & LG models. Front read key locking dials provided on LT model.

- 14 active one-inch diameter chrome-plated steel locking bolts.

- Attractive tri-spoke handle with LS & LG models. Standard large L handle with LT model.

- Concealed hinges.

- 4-way boltwork.

- Auto-locking bolt detent system. Holds bolts in the open position and auto-locks bolts when shut.

- 4 precut anchor holes and 1 precut electrical access hole.



*Attractive Cascade Series epoxy fill dial insert standard.*







All-in-one interior:
12-18-30 gun



All-in-one interior:
12-18-24-30-42 gun
(6040 comes w/extra top shelf
7240 comes w/ 1 extra top shelf)



*Impressive 1" thick door offers excellent fire and burglary protection.*



## EXTERIOR COLORS

**HI GLOSS (LS/LG)**

HUNTER GREEN
NAVY
ONYX
BURGUNDY
SANDSTONE*
IVORY
*custom

**TEXTURED (LT)**

GRANITE
SANDSTONE
CHESTNUT*
BLACK
GREEN

## INTERIOR FABRICS

**HI-GLOSS**

Tan Velour

**TEXTURED (LT)**

Charcoal Velour
Granite
Black

Tan Velour
Sandstone
Green

## AVAILABLE MODELS

**LS** - Hi-gloss chrome/brass hardware and trim

**LG** - Hi-gloss all brass hardware and trim

**LT** - Textured finish w/matching hardware and trim

## SAFE SPECIFICATION CHART

| Model | Outside Dimensions | Thickness Door | Body | Wt | Int. Capacity | Bolts |
|-------|--------------------|----------------|------|-----|---------------|-------|
| 7240 | 72H x 40W x 26D | 1 | ⅛" | 1235 | 12-18-24-30-42 58 gun | 14 (optional) |
| 6040 | 60H x 40W x 26D | 1 | ⅛" | 1090 | 12-18-24-30-42 58 gun | 14 (optional) |
| 6030 | 60H x 30W x 26D | 1 | ⅛" | 875 | 12-18-30 | 14 |

7



*the* TET

*Out of sight,*

Attractive Teton Series epoxy fill
dial insert standard.

All-purpose interior (optional)

6031          6032

All-in-one interior:      Combo interior:
12-18-30 gun              8-14-22 gun

6032-LT-F-ST-A

### EXTERIOR COLORS

**HI GLOSS (LS/LG)**

HUNTER GREEN
NAVY*
ONYX
CHESTNUT*
BURGUNDY
SANDSTONE*
IVORY
*custom

**TEXTURED (LT)**

GRANITE
SANDSTONE
BLACK
GREEN

### INTERIOR FABRICS

**HI-GLOSS**

Tan Velour

**TEXTURED (LT)**

Charcoal Velour    Tan Velour
Granite            Sandstone
Black              Green

### AVAILABLE MODELS

LS - Hi-gloss chrome/brass hardware
and trim

LG - Hi-gloss all brass hardware and
trim

LT - Textured finish w/matching hard-
ware and trim

### SAFE SPECIFICATION CHART

| Model | Outside Dimensions | Thickness Door | Body | Wt (Fire) | Wt (Non-fire) | Int. Capacity | Bolts |
|---|---|---|---|---|---|---|---|
| 6031 | 60H x 30W x 26D | 1/4" | 1/8" | 675 | 500 | 12-18-30 | 14 |
| 6032 | 60H x 30W x 21D | 1/4" | 1/8" | 555 | 425 | 8-14-22 | 14 |
| 6022 | 60H x 22W x 16D | 1/8" | 1/8" | 400 | 320 | 6-8-14 | 12 |

8

# O N *series*

## *out of mind...*

### TETON SERIES (6031, 6032 & 6022)

- A secure and affordable safe **designed to fit into a closet.**

- Model 6022 offers a high strength unitized $^1/_8$ inch body and a $^3/_{16}$" recessed door.

- Model 6031 and 6032 offer a high strength unitized $^1/_8$ inch body and a $^1/_4$" recessed door.

- **Fire endurance:** (Optional single layer firelined models) **Independent laboratory tested** in a gas furnace at temperatures up to 1275° F, for a period of 30 minutes. Interior temperature did not exceed 350° F.

- Awarded the UL Residential Security Container (RSC) burglary classification.

- Group II lock protected by a drill resistant hard plate. Spy proof key locking dial provided on LS & LG models. Front read key locking dial provided on LT model.

- Attractive tri-spoke handle with LS & LG models. Standard large L handle with LT model.

- 12 (6022) and 14 (6031, 6032) active one-inch diameter chrome-plated steel locking bolts.

- Concealed hinges.

- 4-way boltwork.

- Auto-locking bolt detent system. Holds bolts in the open position and auto-locks bolts when shut.

- 4 precut anchor holes and 1 precut electrical access hole.





All-shelf interior (optional)



6022

Combo interior:
6-8-14 gun



1275° — Fire Endurance Test
1200° — Average house fire
450° — Paper chars
350° — Interior temperature of AMSEC gun safe



6022-LT-F-GN-A

9

# the TETON series

## Talk about affordable...

### TETON SERIES (VC5422 & HC1854)

- Vertical or horizontal design available. VC5422 (vertical) and HC1854 (horizontal).

- High strength double wall unitized 14 ga. body and a ¹/₄" thick formed door.

- HC1854 door opens and closes gently, assisted by two hydraulic gas pistons.

- Fire endurance: (Optional single layer firelined model VCF5422, standard on HC1854)
  Independent laboratory tested in a gas furnace at temperatures up to 1275° F, for a period of 30 minutes. Interior temperature did not exceed 350° F.

- Group II lock and front read dial protected by a drill resistant hardplate.

- 5 one-inch chrome-plated steel locking bolts.

- 4 precut anchor holes.

- An attractive optional tan cushion and oak wood cabinet are available on the horizontal safe so it can be concealed discreetly and used as a comfortable bench seat in a bedroom, office or den.

1275° — Fire Endurance Test
1200° — Average house fire
450° — Paper chars
350° — Interior temperature of AMSEC gun safe





VC5422-LT-F-BK-A

### EXTERIOR COLORS
#### TEXTURED (LT)

GRANITE    BLACK

SANDSTONE    GREEN

### INTERIOR FABRICS

Tan Velour    Charcoal Velour    Tan Velour
              Granite            Sandstone
              Black              Green

### SAFE SPECIFICATION CHART

| Model | Outside Dimensions | Wt | Interior | Bolts |
|---|---|---|---|---|
| VCF5422 (Fire) | 54H x 22W x 18D | 375 | 6-8-14 | 5 |
| VC5422 (Non-fire) | 54H x 22W x 18D | 325 | 6-8-14 | 5 (non fire) |
| HC1854 (Fire) | 18H x 54W x 22D | 375 | 8 gun | 5 |
| HC1854HCC (Fire) (w/ wood cabinet) | 18H x 54W x 22D | 450 | 8 gun | 5 |

* Available in textured (TL) series only.

10

# VAULT DOOR

*Turn an entire room or closet into a security center*

- Your very own personal vault in the convenience of your own home.
- Instead of buying three different safe sizes over a lifetime why not just buy one vault door?
- Retrofits a standard 80" X 30" interior door.
- Adjustable doorframe slides together to fit a wall thickness of 5" to 8".
- $^1/_8$" thick steel plate door, which includes an internal release mechanism.
- Ten massive 1" thick bolts.
- Weight: 550 lbs.
- Satin black finish with brushed aluminum handle and dial.
- Minimum opening required: 79 $^1/_2$"H X 29 $^1/_2$"W
- Outside: 83 $^1/_4$"H X 36 $^1/_2$"W
- Door opening: 77 $^1/_2$"H x 26 $^1/_2$"W



# HOME SECURITY

## *Protection, piece of mind...*

### Home Security Safes

- Protect your important documents, cash, and other valuables conveniently at home.
- $1/16"$ solid steel recessed door.
- $1/8"$ Formed steel body and door jamb for resistance to pry attacks.
- Seven 1" diameter-locking bolts secure the recessed door.
- Fire endurance: (Optional single layer fire lined models) Independent laboratory tested in a gas furnace at temperatures up to 1275 F, for a period of 30 minutes. Interior temperature did not exceed 350° F.
- Group II lock protected by a drill resistant hard plate. Spy proof key locking dial provided on hi gloss finishes and front key locking dial provided on textured finishes.
- All safes come with plush velour interiors
- 4 precut anchor holes.



*4020-LS-F-BY*

1275° — Fire Endurance Test
1200° — Average house fire
450° — Paper chars
350° — Interior temperature of AMSEC gun safe



*3020-LT-F-BK*



*2020-LS-F-IY*

| EXTERIOR COLORS | | INTERIOR FABRICS | | | AVAILABLE MODELS |
|---|---|---|---|---|---|
| HI GLOSS (LS/LG) | TEXTURED (LT) | HI-GLOSS | TEXTURED (LT) | | LS - Hi-gloss chrome/brass hardware and trim |
| HUNTER GREEN | GRANITE | Tan Velour | Charcoal Velour Granite Black | Tan Velour Sandstone Green | LG - Hi-gloss all brass hardware and trim |
| ONYX | NAVY | | | | LT - Textured finish w/matching hardware and trim |
| | CHESTNUT | | | | |
| BURGUNDY | SANDSTONE | | | | |
| IVORY | BLACK | | | | |
| | GREEN | | | | |

### SAFE SPECIFICATION CHART

| Model | Outside Dimensions | Thickness Door | Thickness Body | Bolts | Shelves | Wt (Fire) | Wt (Non-fire) |
|---|---|---|---|---|---|---|---|
| 4020 | 40H x 20W x 20D | $1/16$ | $1/8$ | 7 | 3 | 318 | 250 |
| 3020 | 30H x 20W x 20D | $1/16$ | $1/8$ | 7 | 2 | 215 | 195 |
| 2020 | 20H x 20W x 20D | $1/16$ | $1/8$ | 7 | 1 | 145 | 100 |

12

# DOCUMENT SAFES

- Protect your important documents with AMSEC'S fire rated insulated safes.
- FS1013 thru FS1512 provide 1 hr 350° JIS fire rating.
- FS1812 provide 2 hr 350° JIS fire rating.
- Side boltwork mechanism incorporating a $^1/_4"$ chrome plate locking bolt, preventing door removal during a forced entry attempt.
- One $^1/_2" \times 1\,^1/_4"$ rectangular steel dead bolt prevents door removal if hinges are removed during a forced entry attempt.
- Inner shelf or key locking drawer are standard.
- Attractive two-toned brown metallic baked enamel finish.
- 3 wheel changeable combination lock and separate keylock offer dual or day lock control.



FS148

| Model | Inside Dimensions | Outside Dimensions | Weight | Interior |
|---|---|---|---|---|
| FS1013 | 10 x 13 $^1/_8$ x 10 $^1/_4$ | 14 $^1/_2$ x 16 $^3/_8$ x 15 $^3/_8$ | 77 | 1 Tray |
| FS1310 | 13 $^3/_8$ x 10 x 10 $^3/_8$ | 17 $^3/_8$ x 13 $^3/_8$ x 15 $^3/_8$ | 77 | 1 Tray |
| FS148 | 14 x 8 $^1/_2$ x 10 $^3/_8$ | 20 $^1/_4$ x 13 $^3/_8$ x 17 $^1/_8$ | 99 | 1 Tray |
| FS1512 | 15 x 12 $^3/_4$ x 12 $^5/_8$ | 20 $^1/_2$ x 16 $^1/_4$ x 19 $^1/_8$ | 198 | 1 Tray/1Shelf |
| FS1812 | 18 $^1/_2$ x 12 $^3/_4$ x 13 $^3/_8$ | 26 $^1/_4$ x 18 $^3/_8$ x 20 $^1/_4$ | 220 | 1 Tray/1Shelf |

13

# HANDGUN SECURITY



**PB48**

- If you need quick access to a loaded firearm in your home, you must take special safety measures.

- Most fatal home firearms accidents occur when youngsters, often children who do not live in the home, discover firearms that the adults thought were safely hidden.

- Designed to keep a firearm for home security in which the firearm is readily available to you, yet inaccessible to others.

- Perfect for the trunk of the car, closet or nightstand!

- Constructed of 14-gauge steel – the heaviest in the industry.

- Push button combination lock offers quick entry capabilities.

- Custom brass locking bolt creates a strong, pry resistant handgun box.

- Interior cushioned with foam lining to protect your gun from scratches.

- Bolt holes provided for anchoring safe in a fixed position.

- Dimensions: Inside 3 $^7/_8$" x 11 $^3/_4$" x 7 $^3/_4$"
  Outside 4 $^1/_4$" x 12 $^1/_4$" x 8 $^1/_2$"

- Weight: 10 lbs.



**AMERICAN Security**

### OUR PRODUCT LINE-UP AT A GLANCE...



*SIERRA SERIES*
CE6528-LS-F-BY-A



*CASCADE SERIES*
6030-LS-F-HG-A



*TETON SERIES*
6032-LT-F-ST-A



*TETON SERIES*
VCS422-LT-F-BK-A

14

# ACCESSORIES & OPTIONS









**Desiccant.** Prevents rust & moisture damage. Recommended for safes without electrical access (Safes with the fireliner option).

**Fluorescent Light:** Electric 24" light that can be mounted anywhere inside the safe by magnets (incl).

**Dri rod.** Will constantly guard your guns against the threat of rust, pitting and moisture damage. Electrical access is required.

**Electronic Lock:** S&G® electronic lock provides quick & easy access. Powered by two 9 volt batteries and programmable with at least 6 digits using numbers or letters. After four incorrect inputs, it shuts down for 15 minutes.









**Pistol Rack:** Ideal for organizing pistols inside your safe. This four gun pistol rack sits on top of an interior shelf.

**Cash Box:** Separate locking compartment installed for your private access.

**5-spoke handle:** Standard on Sierra LX Series. Available as an option on all other models.

## SPECIAL ADDITION EMBLEMS







*Autumn Splendor*

*Silent Outpost*

*December's Journey*

- As one of the most highly honored wildlife painters, Scott Zoellick combines his love of the outdoors and his talent with a brush to produce works that appeal to both the wildlife lovers and the outdoor enthusiasts.

- Each emblem is framed in gold and positioned in the lower center of the door.

## EMBROIDERED OPTIONS







*Eagle*

*Deer*

*Mallard*

- A beautifully embroidered image of a deer, elk or mallard can be ordered for the inside back door of any of our safes to add that final touch of class.

15



PROUDLY DISTRIBUTED BY:

The products listed in this brochure are constructed under careful supervision and, with proper use, will provide the user with a significant amount of security protection. However, like any other security container, these products can be compromised given sufficient time and proper implements. MADE IN THE U.S.A.

Manufacturer reserves the right to update products as required.





**American Security Gun Safe Lifetime Replacement Warranty**

If you are the original owner of an AMSEC gun safe that suffers damage due to burglary or fire, AMSEC will, at our discretion, either repair your safe or replace it with a current production model of comparable value.

**No-Cost Burglary Warranty**
If your AMSEC gun safe is forcibly entered, we will repair or replace your safe free of charge.

**No-Cost Attempted Burglary Warranty**
If your AMSEC gun safe has been subject to an attempted burglary and undergoes a drill, punch or pry attack but was not forcibly entered, we will repair or replace your safe free of charge.

**No-Cost Fire Warranty**
If your AMSEC gun safe has been subject to a home fire, we will repair or replace your safe free of charge.

This certificate only highlights certain terms of AMSEC's warranty. The complete terms of our warranty can be found on our website at www.amsecusa.com.

# CONTENTS

**Vault Doors................3**

**RF Series**
120 Min. Fire
U.L. Listed High Security ........**4**

**MAX15 Series**
90 Min. Fire
U.L. Listed High Security ........**5**

**BFII Series**
120 Min. Fire
U.L. Level II Burglary ................**6**

**BF® Series**
120 Min. Fire
U.L. Level I Burglary .................**7**

**NF Series**
90-Minute Fire
U.L. Level I Burglary .............. **10**

**SF Series**
60-Minute Fire........................ **11**

**TF Series**
30-Minute Fire........................ **12**

**Defense Vault ..........13**

**AM Series ...............13**

**Handgun Safes.........14**

**Compact Safes ........15**

**Storage Options**
Cabinets and PDO.................. **16**

**Safe Cloak ...............16**

**Electronic Locks
& Other Options ......17**

**Features
At A Glance .............18**

**On the Cover:**
*BF6030 in Pearl Essence with Black Nickel Hardware and Optional Finials.*

# WE STAND BEHIND OUR CRAFTSMANSHIP WITH A "NO COST" LIFETIME WARRANTY AGAINST THEFT & FIRE

American Security Products manufactures safes with the best fire and burglary protection in the industry. We're so confident in our products, that we offer a lifetime warranty on all our gun safes. Our warranty covers:

- Burglaries – If your safe is forcibly entered, we will repair or replace it free of charge.
- Attempted Burglaries – If your safe undergoes a drill, punch or pry attack and is not breached, we will repair or replace it free of charge.
- Damage from a Home Fire – If your safe is damaged in a home fire, we will repair or replace it free of charge.

At no cost to you, we will either repair your damaged gun safe or replace it with a current production model of comparable value.[1]



## STANDARDIZED TESTING FROM INDEPENDENT LABORATORIES

AMSEC is one of the first manufacturers in the gun safe industry to use standardized test procedures from independent laboratories to substantiate our burglary and fire ratings. Standardized independent testing provides consistent test procedures that can be used across the industry so consumers can meaningfully compare ratings between different safes when making a purchasing decision.



## BURGLARY RATINGS

In the United States, the most recognized testing organization for burglary resistance of safes is Underwriters Laboratories (UL). UL publishes standards and administers tests to check if products meet those standards. Standards include specific tools that are used during a break-in attempt and a specific time limit for the test. There are several different burglary classifications that establish specific levels of attack resistance. The most common listing in the gun safe industry is Residential Security Container (RSC).



## FIRE RATINGS

The ETL logo on our fire-rating labels indicates that our ratings have been verified by independent testing at Intertek Laboratories. Intertek is a multinational independent inspection, product testing and certification organization with over 38,000 employees in over 100 countries. To test our products, Intertek places our safes in a furnace with 8 gas burners. The test furnaces reach 1200°F in 8 minutes. That temperature is maintained for the duration of the test. Five separate thermocouples monitor the temperature inside the safe. To pass Intertek's test, the internal temperature inside a safe must remain below 350°F. Paper burns at approximately 450°F.

| Series | Fire Label | Outside Temp | Time Period | Inside Temp Less Than |
|---|---|---|---|---|
| RF Series | 120 | 1850°F | 120 min. | 350°F |
| MAX15 Series | ETL 90 | 1200°F | 90 min. | 350°F |
| BFII/BF® Series | ETL 120 | 1200°F | 120 min. | 350°F |
| NF Series | ETL 90 | 1200°F | 90 min. | 350°F |
| SF Series | ETL 60 | 1200°F | 60 min. | 350°F |
| TF Series | 30 | 1200°F | 30 min. | 350°F |

[1] To file a claim, you must be the original owner of the AMSEC Gun Safe. Within 30 days of the burglary/fire incident, you must properly file a police report documenting the incident. A copy of the police report must be submitted to AMSEC with your warranty claim.

American Security Products



## TURN YOUR ENTIRE ROOM INTO A SECURITY VAULT

AMSEC Vault Doors offer the same protection as our innovative BF Gun Safes. They are designed to fit standard 80" x 30" and 80" x 36" door openings. With our inward-swinging vault door option, your vault room can also serve as a storm shelter. The vault door's inward swing ensures that you will be able to open the door even if debris has fallen on the other side. All AMSEC vault doors can be opened from the inside, ensuring personal safety.

### STANDARD FEATURES
- 2" Thick Door
- 10 1½" Chrome Plated Bolts (5 bolts on inswing doors)
- Adjustable Frame to Fit Walls Ranging From 4¾" to 9½" Thick
- Safety Lock Release
- 1 Year Parts and Labor Warranty

### BF SERIES VAULT DOOR FEATURES
- ½" Steel Plate on Face of Door
- 1³/₈" of Seamless Drylight as Fire Protection

### BFQ SERIES VAULT DOOR FEATURES
- 1/4" Steel Plate on Face of Door
- 1⁵/₈" of Seamless Drylight as Fire Protection



*VD8030BFQ*
*Chocolate Brown with*
*Black Nickel Hardware*

# VAULT DOORS


*VD8030BF / VD8036BF*


*VD8030BFQ / VD8036BFQ*

### Color Options

 **Granite**
 **Black**
 **Sandstone**
 **Chocolate Brown**

### Hardware Options

 **Brass**
 **Chrome**
**Black Nickel**

| Model | Description | Wall Opening | Door Opening | Weight (lbs.) Door Only | Shipping Wt. Lbs. |
|-------|-------------|--------------|--------------|------------------------|-------------------|
| VD8030BFQ | Vault Door | 79-1/2" x 29-1/2" | 77-1/2" x 24-3/4" | 506 | 650 |
| VD8030BFQIS | In-Swing Vault Door | 79-1/2" x 29-1/2" | 77" x 20-3/8" | 490 | 634 |
| VD8036BFQ | Vault Door | 79-1/2" x 35-1/2" | 77-1/2" x 31" | 592 | 762 |
| VD8036BFQIS | In-Swing Vault Door | 79-1/2" x 35-1/2" | 77" x 26-1/4" | 556 | 726 |
| VD8030BF | Vault Door | 79-1/2" x 29-1/2" | 77-1/2" x 24-3/4" | 695 | 839 |
| VD8030BFIS | In-Swing Vault Door | 79-1/2" x 29-1/2" | 77" x 20-3/8" | 672 | 816 |
| VD8036BF | Vault Door | 79-1/2" x 35-1/2" | 77-1/2" x 31 | 819 | 989 |
| VD8036BFIS | In-Swing Vault Door | 79-1/2" x 35-1/2" | 77" x 26-1/4" | 792 | 957 |

# RF SERIES – 120 MINUTE FIRE
## U.L. LISTED HIGH SECURITY

AMSEC offers the only gun safes that have a TL-30 and TL-30x6 Six-Sided UL Burglary Rating. To earn a TL-30 or TL-30x6 UL Burglary Rating, these safes are subjected to a brutal 30-minute attack by trained technicians using tools such as sledge hammers, picks, chisels, circular saws, carbide drills, wedges, and pry bars. These safes represent the industry standard for protecting assets against the threat of serious attack.

The high level of security of these safe comes from AMSEC's unique composite construction. High-strength concrete with proprietary aggregate combined with a matrix of formed steel barriers stop all types of attacks outlined in the Underwriters Laboratories standard. These massive safes weigh between 3,400 and 4,500 pounds. No one is walking out of your house with one of these.

This is the same commercial safe construction that AMSEC sells to banks and jewelers across the county. Today there are hundreds of millions of dollars in assets protected by AMSEC High-Security Composite Safes.



RF582820X6



RF6528




RF703620X6 Interior    RF582820X6 Interior



RF6528 Interior

| Model | Outside Dim H x W x D | Interior Capacity | Weight Lbs. |
|---|---|---|---|
| RF703620X6 | 76" x 42" x 29¼" | 12-12-12-24-36 Gun +2 Gun or 58 + 2 Gun | 4,578 |
| RF582820X6 | 64" x 34" x 29¼" | 12-12-24 Gun + 2 Gun | 3,418 |
| RF6528 | 72" x 35" x 29½" | 12-12-24 Gun + 2 Gun | 3,455 |





### SECURITY
- 6" Thick High Security Composite Door
- 3½" Thick High Security Body (3" on X6)
- UL Listed TL-30 or TL-30X6 High Security Burglary Classification
- 10 Massive 1½" Chrome Plated Bolts
- Anchor Holes Provided

### FIRE PROTECTION
- Seamless High Security Composite Fill
- 120-Minute Certified Fire Rating
- Palusol Door Seal Protects Against Fire and Smoke

### FUNCTIONALITY
- Industry's Most Flexible Interior
- Door Organizer
- Storage for Two Long Guns on Door
- 3 Outlet power strip with USB ports
- LED Light Kit

| HIGH-GLOSS COLORS (AVAILABLE ON RF6528 ONLY) | TEXTURED COLORS (ALL MODELS) | HARDWARE COLORS |
|---|---|---|
| Platinum Metallic, Burgundy Metallic, Onyx, Macadamia Metallic, Charcoal Metallic, Rosso Corsa Red, Pearl Essence, Sapphire Blue | Sandstone, Granite, Black, Chocolate Brown | Chrome, Brass, Black Nickel |

# MAX15 SERIES – 90 MINUTE FIRE
## U.L. LISTED HIGH SECURITY

Our MAX15 SERIES COMPOSITE SAFES have been awarded the U.L. TL-15 label after withstanding concentrated attacks by experienced U.L. experts using powerful tools, such as sledgehammers, power saws, carbide disc cutters and drills.

In addition to providing excellent burglary protection, MAX15 SERIES SAFES offers a 90-Minute ETL Intertek verified fire rating, ensuring your valuables are safe from intense fires.










**MAX5524GS**



**MAX6528GS**

### SECURITY

- 6-3/4" Thick High Security Composite Door
- 2-3/4" Thick High Security Body
- UL Listed TL - 15 High Security Burglary Classification
- Four-Way Active Boltwork
- 16 Massive 1½" Polished Stainless Steel Locking Bolts
- Heavy Duty Pull Handle
- Anchor Hole Provided
- U.L. Listed ESL10 Electronic Lock

### FIRE PROTECTION

- Seamless High Security Composite Fill
- 90-Minute Intertek Verified Fire Rating

### FUNCTIONALITY

- Industry's Most Flexible Interior
- Door Organizer
- Storage for Two Long Guns on Door
- 3 Outlet Power Strip with USB Ports
- LED Light Kit

### COLOR

- Charcoal Gray Textured Finish

| Model | Outside Dim<br>H x W x D | Interior<br>Capacity | Weight<br>Lbs. |
|---|---|---|---|
| MAX6528GS | 70-1/2" x 33-1/2" x 29-7/8" | 12-12-24 Gun + 2 Gun | 3,000 |
| MAX5524GS | 60-1/2" x 29-1/2" x 29-7/8" | 12-12-24 Gun + 2 Gun | 2,446 |

# BFII SERIES – 120 MINUTE FIRE
## U.L. LISTED LEVEL II BURGLARY



*BFII6030*
*Shown in Rosso Corsa Red*

**BFII SERIES CONSTRUCTION**



- 11 Gauge Steel
- 12 Gauge Steel
- DryLight Fill
- 4 Gauge Steel
- ½" Steel Plate
- DryLight Fill
- 11 Gauge Steel

**BFII GUN SAFES:**
11GA OUTER STEEL LINER WITH A COMBINED 5/16" INNER STEEL LINER PROVIDING
A TOTAL ½" THICK STEEL BARRIER FOR ADDED BURGLARY PROTECTION
See Page 8 for a BFII/BF Burglary Rating Comparison

   

## SECURITY

- ½" solid steel plate door
- 2¼"-Thick Body with 1/8" outer shell and 5/16" thick inner liner
- Combined steel thickness of ½" in body construction
- UL Level II RSC Burglary Classification (2-Man team, 10-minute test. Utilizes same tools as a TL-15)
- AMSEC's Patented Active Hardplate
- TL-15 boltwork with 10 massive 1½" Chrome Plated Bolts
- Anchor Holes Provided

## WARRANTY

- 5-year parts and labor warranty when purchased with a factory installed AMSEC lock.
- Special lifetime warranty for damage from burglary attempts and fire.

## FIRE PROTECTION

- Seamless DryLight Fill
- 120-Minute Intertek Verified Fire Rating
- Dual Door Seals to Protect Against Fire and Smoke

## FUNCTIONALITY

- Industry's Most Flexible Interior
- Door Organizer
- Storage for Long Guns on Door
- Spy-proof, key-locking dial with decorative five-spoke handle and a convenient pull handle. (BFII6024 offers an "L" handle and does not come with a pull handle).
- Mirrored Back Wall for Added Interior Visibility
- AC Power Outlet with Removable Cord
- LED Light Kit

| BFII SPECIFICATIONS | | | |
|---|---|---|---|
| **Model** | **Outside Dim** <br> **H x W x D** | **Interior** <br> **Capacity** | **Weight** <br> **Lbs.** |
| BFII7250 | 71-1/4 "x 50" x 28" | 14-14-14-28-42 + 2 Gun or 73 + 2 Gun | 2,438 |
| BFII7240 | 71-1/4" x 40" x 26" | 12-12-12-24-36 + 2 Gun or 58 + 2 Gun | 1,991 |
| BFII6636 | 65-1/4" x 36" x 26" | 12-12-24 + 2 Gun | 1,716 |
| BFII6030 | 59-1/4" x 30" x 26" | 11-11-22 + 2 Gun | 1,395 |
| BFII6032 | 59-1/4" x 30" x 21" | 9-9-18 + 2 Gun | 1,244 |
| BFII6024 | 59-1/4" x 24" x 21" | 8-8-16 Gun + 1 Gun | 1,067 |

American Security Products

# BF® SERIES – 120 MINUTE FIRE
## U.L. LISTED LEVEL I BURGLARY

### BF® SERIES CONSTRUCTION



11 Gauge Steel
DryLight Fill
12 Gauge Steel
½" Steel Plate*
DryLight Fill
11 Gauge Steel

*3/8" Plate on
BF7250 and BF6024

**STANDARD BF® GUN SAFES:**
**11 GA OUTER STEEL LINER WITH 12GA INNER STEEL LINER**
**TOTALING APPROX 1/4" STEEL BARRIER**

   



Shown in Onyx/Textured Black Two-Tone
with Brass Hardware and
NEW optional decorative finials

**NEW for 2020!**
**Barrel Hinge**
**and Optional**
**Decorative Finials!**

## SECURITY

- ½"-Thick Steel Plate Door
  (BF7250 & BF6024 have 3/8" steel plate)
- Three-Way Bolt Work
- 2"-Thick Body
- UL Level I RSC Burglary Classification (1-Man, 5-minute test. Utilizes tools typically found in a household)
- 12 massive 1½" Chrome Plated Bolts
- Anchor Holes Provided

## WARRANTY

- 5-year parts and labor warranty when purchased with a factory installed AMSEC lock.
- Special lifetime warranty for damage from burglary attempts and fire.

## FIRE PROTECTION

- Seamless DryLight Fill
- 120-Minute Intertek Verified Fire Rating
- Dual Door Seals to Protect Against Fire and Smoke

## FUNCTIONALITY

- Industry's Most Flexible Interior
- Door Organizer
- Storage for Two Long Guns on Door
- Spy-proof, key-locking dial with decorative five-spoke handle and a convenient pull handle. (BF6024 offers an "L" handle and does not come with a pull handle.)
- Mirrored Back Wall for Added Interior Visibility
- AC Power Outlet with Removable Cord
- LED Light Kit

### BF® SPECIFICATIONS

| Model | Outside Dim H x W x D | Interior Capacity | Weight Lbs. |
|---|---|---|---|
| BF7250 | 71-1/4" x 50" x 28" | 14-14-14-28-42 + 2 Gun or 73 + 2 Gun | 1,789 |
| BF7240 | 71-1/4" x 40" x 26" | 12-12-12-24-36 + 2 Gun or 58 + 2 Gun | 1,585 |
| BF6636 | 65-1/4" x 36" x 26" | 12-12-24 + 2 Gun | 1,319 |
| BF6030 | 59-1/4" x 30" x 26" | 11-11-22 + 2 Gun | 1,036 |
| BF6032 | 59-1/4" x 30" x 21" | 9-9-18 + 2 Gun | 913 |
| BF6024 | 59-1/4" x 24" x 21" | 8-8-16 Gun + 1 Gun | 720 |

# BF® SERIES

## WHAT IS DRYLIGHT?

The American Security Products BF Gun Safe is the best gun safe available today. For burglary protection, it has a massive ½"-thick steel plate in the door. For fire protection, it is filled with our revolutionary DryLight.

For many years, smaller fire safes have been constructed with a poured fill material. But larger gun safes pose several manufacturing challenges when it comes time to fill them with insulating materials. Because of this, the industry adopted the use of drywall as the primary material for fire protection. The problem with using drywall is that no matter how much care is taken in assembling the many pieces of drywall into the safe body, gaps and joints still remain in the construction that can allow heat to penetrate the safe body. AMSEC was able to overcome this technical challenge by developing manufacturing processes that allow us to produce a safe body filled with the seamless DryLight fire barrier. Independent testing at Intertek Laboratories has confirmed that these safes outperform gun safe bodies constructed with drywall.

## BF/BFII BURGLARY RATINGS COMPARISON

| BF® Gun Safes - RSC Level I (1-Man, 5 minute test. Utilizes tools typically found in a household) | BFII Gun Safes - RSC Level II (2-man Team, 10 minute test. Utilizes same tools as a TL-15 test) |
|---|---|
| 1/4" Dia Punch | 1/2" Dia Punch |
| Sledge Hammer 3 lb | Sledge Hammer 10 lb |
| Crow Bar, 18" | Pry Bar, 6 ft |
| Chisel 1/2" | Chisel 1" Wide x 12" L |
| Screw Driver 18 | Screw Driver 18 |
| 1/4" Drill Bits | 1/2" Drill Bits |
| 3/8" Drill | 1/2" HD Drill |
| | Pick, 30" |
| | Axe, 35" |
| | 4" Conic Punch |
| | Hole Saw, 3" Carbide |
| | Pin Hammer |
| | Wedge, Log Splitting |
| | Punch/Chisel Holder |

RSC LEVEL I TOOL COMPLEMENT



RSC LEVEL II TOOL COMPLEMENT



8

American Security Products

# BF® SERIES COLOR AND INTERIOR OPTIONS







**BF6636**

*Shown above in Saphire Blue with Chrome Hardware, NEW Barrel Hinge with Optional Decorative Finials and Optional ESL10XL Electronic Lock*

**BF6032**

*Shown in Pearl Essence with Black Nickel Hardaware and Optional Decorative Finials*

**BF6024**

*Shown in Textured Black*

## HIGH-GLOSS COLORS

       

| Platinum Metallic | Burgundy Metallic | Onyx | Macadamia Metallic | Charcoal Metallic | Rosso Corsa Red | Pearl Essence | Sapphire Blue |

## TEXTURED COLORS

   

| Sandstone | Granite | Black | Chocolate Brown |

## TWO-TONE COLORS

 

| Black/Onyx | Granite/ Charcoal |

## HARDWARE COLORS

  

| Chrome | Brass | Black Nickel |

## BF® SERIES INTERIOR CONFIGURATIONS:

       

*BF7250 Standard Gun Interior* · *BF7250 Optional 73 Gun Interior* · *BF7240 Standard Gun Interior* · *BF7240 Optional 58 Gun Interior* · *BF6636 Standard Gun Interior* · *BF6030 Standard Gun Interior* · *BF6032 Standard Gun Interior* · *BF6024 Standard Gun Interior*

# NF SERIES – 90 MINUTE FIRE
## U.L. LISTED LEVEL I BURGLARY



*NF6030E5*

The American Security Products NF Gun Safe offers both superior performance and value. For burglary protection, it has a stout ¼"-thick steel plate door. For fire protection, it is lined with 3 to 4 layers of drywall that are strategically engineered for optimal fire protection. This enables the NF Gun Safe to pass a verified 90-minute fire test at Intertek, an independent testing laboratory.

### SECURITY
- ¼"-Thick Steel Plate Door
- Four-Way Bolt Work
- 11-Gauge Steel Body
- UL Level I RSC Burglary Classification (1-Man, 5-minute test. Utilizes tools typically found in a household)
- 14 Massive 1½" Chrome Plated Bolts
- Anchor Holes Provided
- U.L. Listed ESL5 Electronic Lock with Illuminated Keypad

### FIRE PROTECTION
- Lined with Three Layers of Drywall
- 90-Minute Intertek Verified Fire Rating
- Dual Door Seals to Protect Against Fire and Smoke

### FUNCTIONALITY
- Industry's Most Flexible Interior
- Door Organizer
- Storage for Two Long Guns on Door
- AC Power Outlet

### NF SERIES CONSTRUCTION



- 11 Gauge Steel
- 4 Layers Gypsum
- 3 Layers Gypsum
- 4 Layers Gypsum
- 3 Layers Gypsum
- 12 Gauge Steel
- ¼" Steel Plate



**NF6036E5**

**NOTE:** NF Series Safes are only available in Textured Gunmetal with Black Nickel Hardware

### COLOR & HARDWARE


Gunmetal Gray


Black Nickel







*NF6036E5 Standard Interior*

*NF6030E5 Standard Interior*



*NF6032E5 Standard Interior*



*NF5924E5 Standard Interior*

| Model | Outside Dim H x W x D | Interior Capacity | Weight Lbs. |
|---|---|---|---|
| NF6036E5 | 59" x 36" x 26" | 17-17-34 + 2 Gun | 977 |
| NF6030E5 | 59" x 30" x 26" | 14-14-28 + 2 Gun | 854 |
| NF6032E5 | 59" x 30" x 21" | 9-9-18 + 2 Gun | 761 |
| NF5924E5 | 59" x 24" x 18" | 8-8-16 Gun + 1 Gun | 600 |

# SF SERIES – 60 MINUTE FIRE



The American Security Products SF gun safe offers both performance and value. For burglary protection, it has a stout 3/16"- thick steel plate door. For fire protection, it is lined with 3 to 4 layers of drywall that are strategically engineered for optimal fire protection. This enables the SF Gun Safe to pass a verified 60-minute fire test at Intertek, an independent testing laboratory.

### SECURITY

- 3/16"-Thick Steel Plate Door
- Four-Way Bolt Work
- 12-Gauge steel body
- 14 1¼" Chrome Plated Bolts
- Anchor Holes Provided
- U.L. Listed ESL5 Electronic Lock with Illuminated Keypad

### FIRE PROTECTION

- Lined with three layers of drywall
- 60-Minute Intertek Verified Fire Rating
- Dual Door Seals to Protect Against Fire and Smoke

### FUNCTIONALITY

- Industry's Most Flexible Interior
- Door Organizer
- Storage for Two Long Guns on Door

*SF6032E5*

### SF SERIES CONSTRUCTION



- 12 Gauge Steel
- 3 Layers Gypsum
- 3 Layers Gypsum
- 4 Layers Gypsum
- 4 Layers Gypsum
- ³/₁₆" Steel Plate
- 3 Layers Gypsum
- 12 Gauge Steel



*SF6036E5*

### COLOR & HARDWARE


Black


Black Nickel

NOTE: SF Series Safes are only available in Textured Black with Black Nickel Hardware


Fire Protection


LIFETIME WARRANTY Against Theft & Fire




*SF7240E5 Standard Interior*  *SF6036E5 Standard Interior*  *SF6032E5 Standard Interior*  *SF6030E5 Standard Interior*

| Model | Outside Dim H x W x D | Interior Capacity | Weight Lbs. |
|---|---|---|---|
| SF7240E5 | 72" x 40" x 26" | 15-15-15-30-45 + 2 Gun | 954 |
| SF6036E5 | 59" x 36" x 26" | 17-17-34 + 2 Gun | 724 |
| SF6030E5 | 59" x 30" x 26" | 15-15-30 + 2 Gun | 608 |
| SF6032E5 | 59" x 30" x 21" | 11-11-22 + 2 Gun | 578 |

# TF SERIES
# 30 MINUTE FIRE

The American Security Products TF Gun Safe offers economic trusted protection. For burglary protection, it has a stout 3/16"-thick steel plate door. For fire protection, it is lined with drywall that is strategically engineered for 30 minutes of fire protection.




*TF5924E5*




*TF5517E5*

## SECURITY

- 3/16"-Thick Steel Plate Door
- Four-Way Bolt Work
- 14-Gauge Steel Body
- 14 1¼" Chrome Plated Bolts on TF5924E5
- 8 1" Chrome Plated Bolts on TF5517E5
- Anchor Holes Provided
- U.L. Listed ESL5 Electronic Lock with Illuminated Keypad

## FIRE PROTECTION

- Lined with Two Layers of Drywall on the Ceiling and Door
- Lined with One Layer of Drywall in All the Walls
- 30-Minute Factory Label
- Dual Door Seals to Protect Against Fire and Smoke

## FUNCTIONALITY

- Industry's Most Flexible Interior
- Door Organizer
- TF5924 has Storage for One Long Gun on the Door

## TF SERIES CONSTRUCTION



14 Gauge Steel
2 Layers Gypsum
3 Layers Gypsum
1 Layer Gypsum
3 Layers Gypsum
2 Layers Gypsum
12 Gauge Steel
³⁄₁₆" Steel Plate



*TF5924E5 Standard Gun Interior*



*TF5517E5 Standard Gun Interior*




| Model | Outside Dim H x W x D | Interior Capacity | Weight Lbs. |
|---|---|---|---|
| TF5924E5 | 59" x 24" x 18" | 8-8-16 Gun + 1 Gun | 388 |
| TF5517E5 | 55-1/4" x 17-3/4" x 16" | 11 Gun | 286 |

## COLOR & HARDWARE




Black          Black Nickel

*NOTE: TF Series Safes are only available in Textured Black with Black Nickel Hardware*

American Security Products

# DEFENSE VAULT
## PUTS HOME SECURITY WHERE YOU NEED IT

AMSEC's DV652 was produced from our culture of listening to customers. Customers wanted a secure place to store their home defense weapons. They wanted something that could be kept in their bedrooms, close to their bed. After days of brainstorming, the DV652 was born. Sleek enough to fit under most beds, the DV652 can be secured to either the floor or the bed and is equipped with our backlit ESL5 lock, which offers a silent stealth-mode option and was specifically designed for this product.

### FEATURES

- Slide-Out Drawer
- Backlit U.L. Listed ESL5 Electronic Lock
- 14-Gauge Steel Construction
- 5-Point Locking Bar
- 4 Mounting Holes on Both the Top and Bottom



| Model | Outside Dimension | Tray Size | Wt. Lbs. | Locking Device | Warranty |
|-------|-------------------|-----------|----------|----------------|----------|
| DV652 | 6" x 52" x 14" | 3¾" x 43¼" x 13" | 90 | 5-Point Slide Locking Bar with ESL5 Electronic Lock | 1 Year Parts & Labor |

*Features the U.L. Listed ESL5 Illuminated Electronic Lock*

---





# AM SERIES HOME SAFES

### FEATURES:

- Powder-Coated Blue with Black Nickel Hardware
- Gray Fabric Interior
- Backlit U.L. Listed ESL5 Electronic Lock
- 12-Gauge Steel Body
- Drywall Lined

- 45-Minute Fire Rating
- Three-Way Bolt Work
- Electrical Access Hole
- 4 Pre-Cut Anchor Holes
- 1 Year Parts and Labor Warranty



| Model | Exterior | Door | Body | Bolts | Shelves | Wt. Lbs. |
|-------|----------|------|------|-------|---------|----------|
| AM2020E5 | 20 x 20 x 20 | 1⅛" | 12 ga. | 6 | 1 | 180 |
| AM3020E5 | 30 x 20 x 20 | 1⅛" | 12 ga. | 8 | 2 | 230 |
| AM4020E5 | 40 x 20 x 20 | 1⅛" | 12 ga. | 8 | 3 | 282 |

# HANDGUN SAFES



| FEATURES | PS1210HD | PS1208EZ | HAS410 |
|---|---|---|---|
| Type | Portable | Portable | Hide-a-Safe |
| Exterior Dimension | 10¼" x 12½" x 4¼" | 8⅛" x 12¼" x 4" | 12" x 10" x 4" |
| Weight | 24 Lbs. | 11 Lbs. | 20 Lbs. |
| Body | 10 ga. Solid Steel | 14 ga. Solid Steel | 10 ga. Solid Steel |
| Door | 3/16" Solid Steel | 14 ga. Solid Steel | 3/16" Solid Steel |
| Lock | Simplex Mechanical Push Button | Simplex Mechanical Push Button | Simplex Mechanical Push Button |
| Locking Bolt | 1½" x ½" Solid Steel Block | ½" x ½" Solid Steel Block | 1½" x ½" Solid Steel Block |
| Lock Protection | Solid Steel Lock Housing | Solid Steel Lock Housing | Solid Steel Lock Housing |
| Interior | High Density Pluck Foam | High Density Foam | High Density Foam |
| Finish | Granite Textured | Charcoal Gray | Granite Textured |
| Carry Handle | Chrome-Plated Collapsible | Chrome-Plated Collapsible | Solid Steel Fixed |
| Anchor Holes | 4 | 4 | 4 (Top & Bottom) |
| Origin | China | China | China |



American Security Products



# FIRE SAFES
## THE ONLY UL-RATED 1-HOUR IMPORTED RESIDENTIAL FIRE SAFES WITH HIGH SECURITY, BOUNCE-RESISTANT LOCKS

Amsec 1-Hour Fire Safes are the only UL listed 1-hour fire safe offering a UL listed electronic lock. These locks offer far greater security than the locks offered on any other 1-hour fire safe.


*FS914E5LP*


*FS149E5LP*


*FS914*

*FS149*

*FS1814E5*

**FEATURES:**
- UL 350°F 1-Hour Fire Rating
- UL Listed Type 1 Electronic Lock
- Backlit Keypad
- Black Granite Textured Finish
- 1 Year Parts and Labor Warranty

| Model | Interior Dimensions | Exterior Dimensions | Clear Door | Cu. In. | Wt. Lbs. |
|---|---|---|---|---|---|
| FS914E5LP | 9-3/4 x 15-1/4 x 9-7/8 | 14 x 19-1/2 x 15-3/8 | 9-3/4 x 15-1/4 | 1,438 | 96 |
| FS149E5LP | 15-1/4 x 9-3/4 x 9-7/8 | 19-1/2 x 14 x 15-3/8 | 15-1/4 x 9-3/4 | 1,468 | 96 |
| FS914 | 9-3/4 x 15-1/4 x 9-7/8 | 14 x 19-1/2 x 15-3/8 | 9-3/4 x 15-1/4 | 1,438 | 96 |
| FS149 | 15-1/4 x 9-3/4 x 9-7/8 | 19-1/2 x 14 x 15-3/8 | 15-1/4 x 9-3/4 | 1,468 | 96 |
| FS1814E5 | 18-1/4 x 13-1/8 x 12-3/8 | 23-3/4 x 18-7/8 x 18-1/2 | 18-1/4 x 13-1/8 | 2,964 | 164 |



# ELECTRONIC SAFES
## WITH DL6000 ELECTRONIC LOCK


*EST813*

*EST1014*


*EST916*

*EST2014*

**FEATURES:**
- 14-Gauge Steel Body
- DL6000 Electronic Lock
- LCD Display
- Pry-Resistant Recessed Door
- Internal Hinges
- 1 Year Parts and Labor Warranty
- Bounce-Proof Lock Design

| Model | Interior Dimensions | Exterior Dimensions | Clear Door | Cu. In. | Wt. Lbs. |
|---|---|---|---|---|---|
| EST813 | 7-11/16 x 12-1/16 x 5-3/8 | 7-7/8 x 12-1/4 x 8 | 5-3/4 x 8-1/4 | 499 | 16 |
| EST916 | 8-13/16 x 15-13/16 x 11-1/8 | 9 x 16 x 13-1/4 | 6-3/4 x 12-1/8 | 1,550 | 27 |
| EST1014 | 9-9/16 x 13-15/16 x 7-3/4 | 9-3/4 x 14-1/8 x 9-3/4 | 7-5/8 x 10-1/4 | 1,032 | 22 |
| EST2014 | 19-9/16 x 13-9/16 x 10 | 19-3/4 x 13-3/4 x 12-1/4 | 17-1/8 x 9-1/4 | 2,602 | 40 |



# Stor-it-Cabinets

These elegant, well-appointed 2-drawer and 4-drawer interior chests are the most sophisticated way to store and display your jewelry collection and letter files. These stunning chests are finely crafted with solid-wood maple drawer fronts and maple veneer and finished in a rich honey maple stain. Recessed door pulls give these cabinets a more streamlined appearance and makes for an easier fit into a variety of AMSEC safes. All drawers are elegantly lined in a silky, dark red felt and include a variety of Stor-It Jewelry Organizer Inserts.



### TWO-DRAWER CABINET

Top drawer includes a Three Compartment Ring Organizer and a Seven Compartment Jewelry Organizer. Bottom drawer can be used for bulky items or as a file drawer.

### FOUR-DRAWER CABINET

Top drawer includes a Three Compartment Ring Organizer and a Seven Compartment Jewelry Organizer. Drawer Two Includes a Three Compartment Necklace Organizer. Drawer Three Includes a Four Compartment Watch Organizer. Drawer Four is left open for easy access of large, bulky items.

### Storage Cabinet Specifications

| Model | Outside Dimensions (HxWxD) | Weight |
|---|---|---|
| 2-Drawer | 16 ¾ x 16 x 14⅛ | 28 |
| 4-Drawer | 16 ¾ x 16 x 14⅛ | 29 |

Stor-It-Cabinets are available as an option on the following Gun Safe models:
RF6528, RF703620X6, RF562820X6, BF7250*, BF7240, BF6636, BF6030, BF117250*, BF117240, BF116636, BF116030, NF6036E5, NF6030E5.

Cabinets do not fit any 6032, 6024 or 5924 models, the FV Series or the TF Series.

*No kit needed for installation on BF7250 - Cabinets slide right in.

NOTE: DIFFERENT INTERIOR NEEDS TO BE ORDER WHEN ORDERING CABINETS. REFERENCE INTERIOR KITS ON PRICE SHEET.

# THE SAFE CLOAK



### HIDE YOUR GUN SAFE IN PLAIN SIGHT!

Instantly disguise your gun safe with Amsec's Safe Cloak. Available in five different sizes, the Safe Cloak attaches to your gun safe to instantly disguise it as a wood cabinet. Strong magnets and a sewn-in PVC board at the top easily and securely hold the cloak in place. The thermal-transfer, four-color wood-cabinet print is so good, it will fool not only passersby, but guests as well.

Available in the following sizes:
6024, 6030, 6636, 7240, 7250.

# PDO PREMIUM DOOR ORGANIZER RETROFIT KITS

The AMSEC Premium Door Organizer (PDO) maximizes storage space, offers quick access to commonly used items, and is easily installed on any gun safe.

### ALL PDO'S INCLUDE:

- Various see-through pouches and zippered pockets to store valuables.
- Two rows of holders for storage of choke tubes, small flashlights and ammo.
- Two full-width pistol storage systems to accommodate multiple handguns. (Comes with four holsters. Additional holsters can be purchased separately.)
- A long gun storage system that accommodates two guns. Includes the AMSEC exclusive "no hassle" quick release band.
- PDO Model 28 offers a zippered pocket large enough to store letter size folders.

Available in three different sizes based on gun safe door size.



**PDO Model 19**

American Security Products

# ELECTRONIC LOCK OPTIONS

For quick and easy entry, an electronic lock is the lock of choice.  These locks are powered by batteries located in the keypad and allow you to change your combination anytime.





**AMSEC ESL10XL**
Available in Brass, Chrome and Black Nickel Finish



**AMSEC ESL5**
Available in Brass, Chrome and Black Nickel Finish





**ROTOBOLT REDUNDANT LOCK**
The convenience of an Electronic lock and the trusted reliability of a mechanical combination lock.





**S&G MODEL 6120**
Available in Brass or Chrome Finish



**S&G TITAN**
"EZ" Keypad, Brass, Chrome or Black Nickel Finish



**LG BASIC**
Chrome Finish

# OTHER OPTIONS



**.50 CALIBER HANDLE**
Available in Black Nickel RF, BF® & NF Gun Safes only.



**DESICCANT**
Prevents rust and moisture damage. Recommended for safes without electrical access.



**DEHUMIDIFIER ROD**
Keeps your guns safe from the threat of rust, pitting and moisture damage. Electrical access required.



**PISTOL RACK**
This four-gun rack is ideal for organizing pistols inside your safe.



**POWER STRIP**
3 Outlet Power Strip with two USB ports and removable cord.



**JEWELRY DRAWER**
Velvet lined jewelry drawer that can be installed on top or underneath any shelf larger than 10" wide and 13¹³/₁₆ deep.



**8" COMPACT LED LIGHT KIT**
Features two 8" light strips with high-intensity white LED lights and a motion sensor that automatically turns the lights on when motion is detected.



**36" LED LIGHT KIT**
Has two 36" light strips with high-intensity white LED lights and a motion sensor that automatically turns the lights on when motion is detected. The lights turn off 30 seconds after motion has stopped. This light kit can be installed on any AMSEC safe and is also available as a retrofit kit.



**AR GUN RACKS**
These gun racks are fully adjustable and custom fit the side shelf area of our BF® series gun safes. Each rack is designed with enough clearance to accommodate extra large front sights or optics. All racks feature rich pin-dot fabric.

## PREMIUM UPGRADE PACKAGE FOR RF, BF® NF AND SF SAFES

When you choose to upgrade your American Security BF®, NF or SF Series with a Premium Package, we'll add on some of our most popular options, including the Dehumidifier Rod, a Jewelry Drawer, an LED light kit*, and a 3-outlet power strip with USB.

*LED light kit standard on BF® gun safes









# FEATURES AT A GLANCE

| Model | Exterior Dimensions | Gun Capacity | Weight | PDO Included | Bolts | Bolt Dia. | Relocker |
|---|---|---|---|---|---|---|---|
| **RF SERIES** | | | | | | | |
| RF703620X6 | 76" x 42" x 29¼" | 12-12-12-24-36 Gun +2 Gun or 58 + 2 Gun | 4,578 | Yes | 10 | 1½" | Yes |
| RF582820X6 | 64" x 34" x 29¼" | 12-12-24 Gun + 2 Gun | 3,418 | Yes | 10 | 1½" | Yes |
| RF6528 | 72" x 35" x 29½" | 12-12-24 Gun + 2 Gun | 3,455 | Yes | 10 | 1½" | Yes |
| **MAX SERIES** | | | | | | | |
| MAX6528GS | 70-1/2" x 33-1/2" x 29-7/8" | 12-12-24 Gun + 2 Gun | 3,000 | Yes | 16 | 1½" | Yes |
| MAX5524GS | 60-1/2" x 29-1/2" x 29-7/8" | 12-12-24 Gun + 2 Gun | 2,446 | Yes | 16 | 1½" | Yes |
| **BFII SERIES** | | | | | | | |
| BFII7250 | 71-1/4" x 50" x 28" | 14-14-14-28-42 + 2 Gun or 73 + 2 Gun | 2,438 | Yes | 10 | 1½" | Yes |
| BFII7240 | 71-1/4" x 40" x 26" | 12-12-12-24-36 + 2 Gun or 58 + 2 Gun | 1,991 | Yes | 10 | 1½" | Yes |
| BFII6636 | 65-1/4" x 36" x 26" | 12-12-24 + 2 Gun | 1,716 | Yes | 10 | 1½" | Yes |
| BFII6030 | 59-1/4" x 30" x 26" | 11-11-22 + 2 Gun | 1,395 | Yes | 10 | 1½" | Yes |
| BFII6032 | 59-1/4" x 30" x 21" | 9-9-18 + 2 Gun | 1,244 | Yes | 10 | 1½" | Yes |
| BFII6024 | 59-1/4" x 24" x 21" | 8-8-16 Gun + 1 Gun | 1,067 | Yes | 10 | 1½" | Yes |
| **BF® SERIES** | | | | | | | |
| BF7250 | 71-1/4" x 50" x 28" | 14-14-14-28-42 + 2 Gun or 73 + 2 Gun | 1,789 | Yes | 12 | 1½" | Yes |
| BF7240 | 71-1/4" x 40" x 26" | 12-12-12-24-36 + 2 Gun or 58 + 2 Gun | 1,585 | Yes | 12 | 1½" | Yes |
| BF6636 | 65-1/4" x 36" x 26" | 12-12-24 + 2 Gun | 1,319 | Yes | 12 | 1½" | Yes |
| BF6030 | 59-1/4" x 30" x 26" | 11-11-22 + 2 Gun | 1,036 | Yes | 12 | 1½" | Yes |
| BF6032 | 59-1/4" x 30" x 21" | 9-9-18 + 2 Gun | 913 | Yes | 12 | 1½" | Yes |
| BF6024 | 59-1/4" x 24" x 21" | 8-8-16 Gun + 1 Gun | 720 | Yes | 12 | 1½" | Yes |
| **NF SERIES** | | | | | | | |
| NF6036E5 | 59" x 36" x 26" | 17-17-34 + 2 Gun | 977 | Yes | 14 | 1½" | Yes |
| NF6030E5 | 59" x 30" x 26" | 14-14-28 + 2 Gun | 854 | Yes | 14 | 1½" | Yes |
| NF6032E5 | 59" x 30" x 21" | 9-9-18 + 2 Gun | 761 | Yes | 14 | 1½" | Yes |
| NF5924E5 | 59" x 24" x 18" | 8-8-16 Gun + 1 Gun | 600 | Yes | 14 | 1½" | Yes |
| **SF SERIES** | | | | | | | |
| SF7240E5 | 72" x 40" x 26" | 15-15-15-30-45 + 2 Gun | 954 | Yes | 14 | 1¼" | Yes |
| SF6036E5 | 59" x 36" x 26" | 17-17-34 + 2 Gun | 724 | Yes | 14 | 1¼" | Yes |
| SF6030E5 | 59" x 30" x 26" | 15-15-30 + 2 Gun | 608 | Yes | 14 | 1¼" | Yes |
| SF6032E5 | 59" x 30" x 21" | 11-11-22 + 2 Gun | 578 | Yes | 14 | 1¼" | Yes |
| **TF SERIES** | | | | | | | |
| TF5924E5 | 59" x 24" x 18" | 8-8-16 Gun + 1 Gun | 388 | Yes | 14 | 1¼" | Yes |
| TF5517E5 | 55-1/4" x 17-3/4" x 16" | 11 Gun | 286 | Yes | 8 | 1" | Yes |

*Dimensions listed are exterior dimensions. Add 2³/₄" on all RF, BF and NF safes and 2" on all other safes to overall depth for lock and handle.*

American Security Products

# FEATURES AT A GLANCE

| Warranty | U.L. Listing | Thickness | | Fire Rating | Standard Lock | Handle | Standard Interior |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Door Overall/ Steel Plate | Body | | | | |
| Lifetime Theft & Fire | TL-30X6 | 6" | 3" | 120 min / 1850° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| Lifetime Theft & Fire | TL-30X6 | 6" | 3" | 120 min / 1850° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| Lifetime Theft & Fire | TL-30 | 6" | 3½" | 120 min / 1850° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| Lifetime Theft & Fire | TL-15 | 6¾" | 2¾" | 90 min / 1200° | ESL10XL Electronic Lock | "L" Handle | Tan Pin-Dot |
| Lifetime Theft & Fire | TL-15 | 6¾" | 2¾" | 90 min / 1200° | ESL10XL Electronic Lock | "L" Handle | Tan Pin-Dot |
| 5-year parts and labor warranty when purchased with a factory installed AMSEC lock. Special lifetime warranty for damage from burglary attempts and fire. | RSC Level II | 4¾" / ½" | 2¼" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| | RSC Level II | 4¾" / ½" | 2¼" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| | RSC Level II | 4¾" / ½" | 2¼" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| | RSC Level II | 4¾" / ½" | 2¼" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| | RSC Level II | 4¾" / ½" | 2¼" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| | RSC Level II | 4¾" / ½" | 2¼" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | L-Handle | Tan Pin-Dot |
| 5-year parts and labor warranty when purchased with a factory installed AMSEC lock. Special lifetime warranty for damage from burglary attempts and fire. | RSC Level I | 4⅝" / ⅜" | 2" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| | RSC Level I | 4¾" / ½" | 2" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| | RSC Level I | 4¾" / ½" | 2" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| | RSC Level I | 4¾" / ½" | 2" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| | RSC Level I | 4¾" / ½" | 2" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | 5-Spoke | Tan Pin-Dot |
| | RSC Level I | 4⅝" / ⅜" | 2" | ETL 120 min / 1200° | Spy-Proof, Key-Locking Dial | L-Handle | Tan Pin-Dot |
| Lifetime Theft & Fire | RSC Level I | 4¼" / ¼" | 11 ga. | ETL 90 min / 1200° | ESL5 Electronic Lock | 5-Spoke | Gray Fabric |
| Lifetime Theft & Fire | RSC Level I | 4¼" / ¼" | 11 ga. | ETL 90 min / 1200° | ESL5 Electronic Lock | 5-Spoke | Gray Fabric |
| Lifetime Theft & Fire | RSC Level I | 4¼" / ¼" | 11 ga. | ETL 90 min / 1200° | ESL5 Electronic Lock | 5-Spoke | Gray Fabric |
| Lifetime Theft & Fire | RSC Level I | 4¼" / ¼" | 11 ga. | ETL 90 min / 1200° | ESL5 Electronic Lock | 5-Spoke | Gray Fabric |
| Lifetime Theft & Fire | B-Rate | 3⅝" / 3/16" | 12 ga. | ETL 60 min / 1200° | ESL5 Electronic Lock | 3-Spoke | Gray Fabric |
| Lifetime Theft & Fire | B-Rate | 3⅝" / 3/16" | 12 ga. | ETL 60 min / 1200° | ESL5 Electronic Lock | 3-Spoke | Gray Fabric |
| Lifetime Theft & Fire | B-Rate | 3⅝" / 3/16" | 12 ga. | ETL 60 min / 1200° | ESL5 Electronic Lock | 3-Spoke | Gray Fabric |
| Lifetime Theft & Fire | B-Rate | 3⅝" / 3/16" | 12 ga. | ETL 60 min / 1200° | ESL5 Electronic Lock | 3-Spoke | Gray Fabric |
| Lifetime Theft & Fire | B-Rate | 3⅝" / 3/16" | 14 ga. | 30 min / 1200° | ESL5 Electronic Lock | 3-Spoke | Gray Fabric |
| Lifetime Theft & Fire | B-Rate | 3¼" / 3/16" | 14 ga. | 30 min / 1200° | ESL5 Electronic Lock | "L" Handle | Gray Fabric |



# THE INDUSTRY LEADER FOR OVER 70 YEARS



Since 1948 American Security Products has protected the assets of our clients throughout the world by providing a broad array of safes and consulting services with the highest degree of quality, integrity and responsiveness. Customers have trusted AMSEC safes for generations. The design of each AMSEC safe draws on over 70 years of experience on protecting the physical assets of our customers. There aren't many criminals with over 70 years of experience, so we think that gives us the advantage.

Before the American Security name is attached, each safe must undergo a rigid 28-point inspection. In addition, every AMSEC safe undergoes the industry's most comprehensive testing program. AMSEC uses independent agencies such as Underwriters Laboratories to put our designs to the test. We maintain the tightest tolerances and highest standards of fit and finish in the industry.

Our commitment doesn't end there. We have built our company on the commitment to offer the best service in the industry which will insure that AMSEC remains the industry leader.

Our corporate center is staffed with highly trained Customer Service Representatives and our Service Department is supported by 7,500 factory-trained technicians throughout the world. Technicians are available 24 hours a day, 365 days a year to answer questions and help solve problems with any safe shipped anywhere in the world. We have been providing safes and security solutions to the banking industry since 1948. This type of high security technology is built right into our gun safes.

We produce over 60,000 safes each year and we take protecting our customers' assets very seriously. That's how we got to be the largest security safe manufacturer in the world, and that's why you can't buy a better gun safe than an American Security safe.

Simply put, our reputation is built on product design, innovative technology and the best support in the industry.

It has worked for us for over 70 years and it ensures our complete customer satisfaction. The choice is easy:

**NF6030E5**



## American Security Products Co.

11925 Pacific Avenue, Fontana, CA 92337

951-685-9680

www.amsecusa.com

AMSEC reserves the right to update products as necessary. AMSEC is not responsible for typographical errors.

Part #4305172   20v1                    Revised 01/20





Title: AMSEC BF-Series Rifle & Gun Safe BF6024 – American Pride Safes & Security
Link: https://americanpridesafes.com/products/amsec-bf-series-rifle-gun-safe-bf6024?utm_medium=cpc&utm_source=google&utm_campaign=Google Shopping&gclid=CjwKCAjwdmz70RBfEiwArKw3q3p8OyLnY4SZ6Q9SAliQMvnLVSf2pgiWcQRF37bvPyUAjYTYPwvCGPEbhoCZ1kQAvD_BwE
Date Accessed/Printed: 09-17-2020

## BF® SERIES CONSTRUCTION



STANDARD BF® GUN SAFES:
11 GA OUTER STEEL LINER WITH 12GA INNER STEEL LINER
TOTALING APPROX 1/4" STEEL BARRIER

   

**Security:**

- 3/8" Thick Steel Plate Door
- Three-Way Bolt Work
- 2"-Thick Body
- UL Level I RSC Burglary Classification (1-Man, 5-minute test. Utilizes tools typically found in a household)
- 12 massive 1½" Chrome Plated Bolts
- Anchor Holes Provided

# BF/BFII BURGLARY RATINGS COMPARISON

| BF® Gun Safes - RSC Level I (1-Man, 5 minute test. Utilizes tools typically found in a household) | | BFII Gun Safes - RSC Level II (2-man Team, 10 minute test. Utilizes same tools as a TL-15 test) | |
|---|---|---|---|
| 1/4" Dia Punch | | 1/2" Dia Punch | |
| Sledge Hammer 3 lb | | Sledge Hammer 10 lb | |
| Crow Bar, 18" | | Pry Bar, 6 ft | |
| Chisel 1/2" | | Chisel 1" Wide x 12" L | |
| Screw Driver 18 | | Screw Driver 18 | |
| 1/4" Drill Bits | | 1/2" Drill Bits | |
| 3/8" Drill | | 1/2" HD Drill | |
| | | Fisk, 35" | |
| | | Axe, 35" | |
| | | 4" Conic Punch | |
| | | Hole Saw, 3" Carbide | |
| | | Pin Hammer | |
| | | Wedge, Log Splitting | |
| | | Punch/Chisel Holder | |

RSC LEVEL I TOOL COMPLEMENT

RSC LEVEL II TOOL COMPLEMENT







**Fire Protection:**

- Seamless DryLight FR
- 120-Minute Intertek Verified Fire Rating
- Dual Door Seals to Protect Against Fire and Smoke



## WHAT IS DRYLIGHT?

The American Security Products BF Gun Safe is the best gun safe available today. For burglary protection, it has a massive ½"-thick steel plate in the door. For fire protection, it is filled with our revolutionary DryLight.

For many years, smaller fire safes have been constructed with a poured fill material. But larger gun safes pose several manufacturing challenges when it comes time to fill them with insulating materials. Because of this, the industry adopted the use of drywall as the primary material for fire protection. The problem with using drywall is that no matter how much care is taken in assembling the many pieces of drywall into the safe body, gaps and joints still remain in the construction that can allow heat to penetrate the safe body. AMSEC was able to overcome this technical challenge by developing manufacturing processes that allow us to produce a safe body filled with the seamless DryLight fire barrier. Independent testing at Intertek Laboratories has confirmed that these safes outperform gun safe bodies constructed with drywall.

**Functionality:**

- Industry's Most Flexible Interior
- Door Organizer
- Storage for Long Guns on Door
- Mirrored Back Wall for Added Interior Visibility







**Similar Products**















